No. 03–147. PRODUCER COALITION v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and

No. 03–431. SHELL OFFSHORE INC. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 331 F. 3d 1011.

No. 03–274. LYNN v. REINSTEIN, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL. Sup. Ct. Ariz. Motion of Washington Legal Foundation et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▮

No. 03–366. NEW ORLEANS STEVEDORES & SIGNAL MUTUAL ADMINISTRATION, LTD. v. IBOS, SURVIVING SPOUSE OF IBOS, ET AL. C. A. 5th Cir. Motions of Longshore Claims Association and National Association of Waterfront Employers for leave to file briefs as *amici curiae* granted. Certiorari denied. ▮

No. 03–419. J. P. MORGAN CHASE & CO. ET AL. v. RETIREMENT SYSTEMS OF ALABAMA ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–464. CARSON CITY, NEVADA v. WEBB. C. A. 9th Cir. Motion of Cooke & Story Ltd. for leave to intervene denied. Motion of Nevada Public Agency Insurance Pool for leave to file a brief as *amicus curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 03–515. ARIZONA v. JONES. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 03–518. ARIZONA v. CANEZ. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 03–531. YARDARM RESTAURANT, INC. v. CITY OF POMPANO BEACH, FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motions of National Association of Home Builders, Pacific Legal Foundation, Sugar Cane Growers Cooperative of Florida, Broward County